WILLIAM H. LITCHHULT, Appellant, *v.* BENJAMIN F. TREADWELL et al., Respondents.

(Argued May 29, 1878; decided June 4, 1878.)

DECIDED on the facts.

*L. K. Church* for appellant.

*Chauncey Shaffer* for respondent.

EARL, J., reads for affirmance.

All concur, except MILLER, J., absent.

Judgment affirmed.